# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHELLE BROWN** | * | **CIVIL ACTION NO. 25-1023** |
| | * | |
| | * | **SECTION: "E"(1)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **HILTON NEW ORLEANS** | * | **MAGISTRATE JUDGE** |
| **RIVERSIDE** | * | **JANIS VAN MEERVELD** |
| | * | |
| | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Default Judgment[1] is **DENIED** and defendant Hilton New Orleans Riverside is **DISMISSED**.

**New Orleans, Louisiana, this 5th day of December, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 10.